IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OSCAR F. SCULL,

      Plaintiff,

vs.                                                 No. CIV 11-0207 JB/RHS

MANAGEMENT & TRAINING CORPORATION,
and PNA OF TEXAS I, LTD.

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties Stipulation of Dismissal with Prejudice, filed June 10, 2013 (Doc. 147), in which the parties stipulated, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of Plaintiff Oscar F. Scull's claims with prejudice.  Because the Stipulation of Dismissal with Prejudice disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Plaintiffs' [sic] First Amended Complaint, filed November 11, 2011 (Doc. 36), and the Plaintiff Oscar F. Scull's claims are dismissed with prejudice, and final judgment is entered.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

*Counsel:*

Connie Quintero
Scherr & Legate, PLLC
El Paso, Texas

      *Attorneys for the Plaintiff*

Kurt Wihl
Christina Muscarella Gooch
Keleher & McLeod, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant Management and Training Corporation*

Agnes F. Padilla
Michael Scott Owen
Butt, Thornton & Baehr, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendant PNA of Texas I, Ltd.*